SHERRY RADACK
  CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
  JUSTICES



# Court of Appeals
# First District of Texas
## 301 Fannin Street
## Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
  CLERK OF THE COURT

JANET WILLIAMS
  CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

June 26, 2015

Nelda T. Garcia
Administrative Assistant IV
Office of the Attorney General
Criminal Appeals Division
William P. Clements Bldg. 8th Floor
300w. 15th Street
Austin, Texas 78701
Nelda.garcia@texasattorneygeneral.gov
(512) 475-3321

**RE:** **Court of Appeals Number:** 01-12-01023-CR; 01-12-01024-CR; 01-12-01025-CR
**Trial Court Case Number:** 11CR1177; 11CR1178; 11CR1179

**Style:** Michael Shayne Hansley v. The State of Texas

We are forwarding the records for the above referenced cause via the FTP site.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Jesse Rodriguez, Deputy Clerk IV